Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18731−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:       1/4/23
Time:      10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 21, 2022
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 22-18731-CMG
Thaddus L Adams    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Nov 21, 2022    Form ID: 132    Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |
| 519752946 | + | CBE Group, PO Box 2217, Re: IRS, Waterloo, IA 50704-2217 |
| 519752956 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 519752957 | + | Summit Collection Services, PO Box 306, Re: Cure Auto Insurance (NC10217236), Ho Ho Kus, NJ 07423-0306 |
| 519752958 | + | Trade Money LLC, 29 Palisades Road, Attn: tax lien for water/sewer bill, Old Bridge, NJ 08857-3585 |
| 519752959 | | Trenton Water Works, PO Box 528, Re: 618-0577-301, Trenton, NJ 08603 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 21 2022 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 21 2022 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519752943 | + | Email/Text: bankruptcy@axcess-financial.com | Nov 21 2022 20:36:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD, STE 400, Cincinnati, OH 45236-4197 |
| 519752942 | + | Email/Text: bankruptcy@rentacenter.com | Nov 21 2022 20:37:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 519752945 | + | Email/Text: bankruptcynotices@cbecompanies.com | Nov 21 2022 20:37:00 | CBE Group, 1309 Technology Parkway, Re: IRS, Cedar Falls, IA 50613-6976 |
| 519752944 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2022 20:44:30 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519769816 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2022 20:44:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519752947 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 21 2022 20:36:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 519752948 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 21 2022 20:44:25 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519752949 | + | Email/PDF: pa_dc_ed@navient.com | Nov 21 2022 20:44:31 | DEPT OF ED/AIDVANTAGE, PO BOX 9635, Wilkes Barre, PA 18773-9635 |
| 519752950 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 21 2022 20:44:38 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519752951 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2022 20:36:00 | IRS Insolvency Function, PO Box 724, Springfield, NJ 07081 |
| 519752952 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 21 2022 20:36:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519752953 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 21 2022 20:44:29 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |

| | | | | |
|---|---|---|---|---|
| 519752954 | | Email/Text: clientinformation@procollect.com | Nov 21 2022 20:36:00 | PROCOLLECT INC, 12170 NORTH ABRAMS, STE 100, Re: UNCOMMON CHARLOTTESVILLE APTS, Dallas, TX 75243 |
| 519752955 | + | Email/Text: bankruptcy@pseg.com | Nov 21 2022 20:36:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 68 723 336 18, Cranford, NJ 07016-0490 |
| 519753277 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2022 20:44:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519753765 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 21 2022 20:44:24 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519752960 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 21 2022 20:44:24 | US Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4