| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-18731 / CMG**

Thaddus L Adams

Petition Filed Date: 11/02/2022
341 Hearing Date: 12/01/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $375.00 | 28470119196 | 03/06/2023 | $380.00 | 1163 | | | |

**Total Receipts for the Period: $755.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $755.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq. | Attorney Fees | $3,130.00 | $0.00 | $3,130.00 |
| | | No Disbursements: No Check | | | |
| 1 | U.S. DEPARTMENT OF HUD | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| | »»  P/302 ASHMORE AVE/2ND MTG | | | | |
| 2 | PSEG | Unsecured Creditors | $7,760.27 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Priority Crediors | $1,345.09 | $0.00 | $0.00 |
| | »»  2013,2019 | | | | |
| 4 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $10,885.27 | $0.00 | $0.00 |
| | »»  2014,2016-2018 | | | | |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $470.36 | $0.00 | $0.00 |
| 6 | CREDIT ACCEPTANCE CORPORATION | Debt Secured by Vehicle | $7,300.00 | $0.00 | $0.00 |
| | »»  2012 HONDA ODYSSEY | Hold Funds: Pending Resolution | | | |
| 7 | CREDIT ACCEPTANCE CORPORATION | Unsecured Creditors | $813.95 | $0.00 | $0.00 |
| | »»  2012 HONDA ODYSSEY | Hold Funds: Pending Resolution | | | |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $167.24 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC | Unsecured Creditors | $243.36 | $0.00 | $0.00 |
| | »»  SHERMAN ORIGINATOR LLC | | | | |
| 10 | Mariner Finance | Unsecured Creditors | $1,219.37 | $0.00 | $0.00 |
| 11 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $404.28 | $0.00 | $0.00 |
| 12 | MIDFIRST BANK | Mortgage Arrears | $9,062.10 | $0.00 | $0.00 |
| | »»  P/302 ASHMORE AV/1ST MTG/ORDER 12/23/22 | | | | |
| 13 | AIDVANTAGE ON BEHALF OF | Unsecured Creditors | $40,939.33 | $0.00 | $0.00 |
| 14 | TRENTON WATER WORKS/CITY OF TRENTON | Secured Creditors | $2,409.71 | $0.00 | $0.00 |
| | »»  WATER & SEWER | | | | |

**Chapter 13 Case No. 22-18731 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $755.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $375.00 |
| Paid to Trustee: | $54.36 | Arrearages: | $745.00 |
| Funds on Hand: | $700.64 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

