UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

THADDUS L. ADAMS

Debtor

Case No.: 22-18731 CMG

Chapter: 13

Judge: Christine M. Gravelle

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: The minutes of 4/5/23 confirmation are amended as follows: PLAN CONFIRMED; $1,519 PAID TO DATE (5 MO); $ 523 X 31 BEGINNING 5/1/23

Date: 4/14/23

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*