|  |  |
|---|---|
| UNITED STATE BANKRUPTCY COURT  :  <br> DISTRICT OF NEW JERSEY          :  <br> Caption in Compliance with D.N.J. LBR 9004-2(c)  : <br><br> Law Office of Peter E. Zimnis  :  <br> 1245 Whitehorse Mercerville Rd 412  : <br> Trenton, NJ 08619  <br> 609-581-9353  :  <br> Attorney for Debtor  : <br>                                                     :  <br> In Re:                                          : <br>                                                     : <br> THADDUS ADAMS                    : <br>                                                     : <br>     Debtors                                  : <br>                                                     : | <br><br><br><br><br><br> CHAPTER 13 <br><br> CASE NO. 22-18731 <br> ADV NO. <br><br> HEARING DATE <br><br> JUDGE |

CERTIFICATION OF SERVICE

I, PETER E. ZIMNIS, Esq. hereby certifies as follows:

1. I represent the debtor(s) in the above captioned matter.

2. On <u>May 17, 2023</u>, I sent a copy of the following pleadings and/or documents to

   the parties listed in the chart below:

   Application for an Order approving a Loan Modification
   Certification of debtor
   Exhibit
   Order (proposed)

3. I hereby certify under penalty of perjury that the above documents were sent

   using the mode of service indicated.

                          /s/ Peter E. Zimnis____
                          Peter E. Zimnis, Esq.

Dated:

SERVICE LIST

| | | |
|---|---|---|
| UST | Trustee | via efile only |
| Albert Russo, Esquire<br>CN 4853<br>Trenton, NJ 08650 | Trustee | via efile only |
| KML Group | Attorney for creditor | via efile |
| Midfirst<br>ATTN Corp Officer/Managing Agent<br>999 NW Grand Blvd<br>Oklahoma City, OK 73118 | creditor | via reg mail |
| Midland Mortgage<br>ATTN Corp Officer/Mananging Agent<br>POB 268806<br>Oklahoma City, OK 73126-8606 | creditor | via reg mail |