Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18731−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 17, 2023.

On July 17, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:             September 6, 2023
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 20, 2023
JAN: pbf

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 22-18731-CMG
Thaddus L Adams                                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                  User: admin                                  Page 1 of 3
Date Rcvd: Jul 20, 2023                     Form ID: 185                               Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |
| 519752956 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 519752957 | + | Summit Collection Services, PO Box 306, Re: Cure Auto Insurance (NC10217236), Ho Ho Kus, NJ 07423-0306 |
| 519752958 | + | Trade Money LLC, 29 Palisades Road, Attn: tax lien for water/sewer bill, Old Bridge, NJ 08857-3585 |
| 519752959 | | Trenton Water Works, PO Box 528, Re: 618-0577-301, Trenton, NJ 08603 |
| 519843592 | + | Trenton Water Works/City of Trenton, Accounts & Co, Trenton Water Works/City of Trenton, 319 East State St., Room 113, Trenton, NJ 08608-1809 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2023 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2023 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519752943 | + | Email/Text: bankruptcy@axcess-financial.com | Jul 20 2023 21:16:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD, STE 400, Cincinnati, OH 45236-4197 |
| 519752942 | + | Email/Text: bankruptcy@rentacenter.com | Jul 20 2023 21:18:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 519818713 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 20 2023 22:17:23 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 519752946 | ^ | MEBN | Jul 20 2023 21:02:53 | CBE Group, PO Box 2217, Re: IRS, Waterloo, IA 50704-2217 |
| 519752945 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jul 20 2023 21:18:00 | CBE Group, 1309 Technology Parkway, Re: IRS, Cedar Falls, IA 50613-6976 |
| 519775147 | | Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2023 21:16:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFILED MI 48034 |
| 519752944 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2023 21:34:39 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519769816 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 22:16:49 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519752947 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 20 2023 21:16:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 519752948 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2023 21:54:35 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519752949 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 20 2023 21:54:30 | DEPT OF ED/AIDVANTAGE, PO BOX 9635, |

Case 22-18731-CMG    Doc 47    Filed 07/22/23    Entered 07/23/23 00:17:24    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: 185 | Total Noticed: 33 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilkes Barre, PA 18773-9635 |
| 519752950 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 20 2023 22:17:09 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519752951 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2023 21:17:00 | IRS Insolvency Function, PO Box 724, Springfield, NJ 07081 |
| 519804814 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2023 21:36:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519752952 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 20 2023 21:16:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519805478 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 20 2023 21:16:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519809678 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2023 22:17:17 | MidFirst Bank, 999 NW Grand BLVD, Oklahoma City, OK 73118-6051 |
| 519752953 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2023 21:54:59 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519752954 | | Email/Text: clientinformation@procollect.com | Jul 20 2023 21:15:00 | PROCOLLECT INC, 12170 NORTH ABRAMS, STE 100, Re: UNCOMMON CHARLOTTESVILLE APTS, Dallas, TX 75243 |
| 519752955 | + | Email/Text: bankruptcy@pseg.com | Jul 20 2023 21:16:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 68 723 336 18, Cranford, NJ 07016-0490 |
| 519806732 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 20 2023 21:18:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519753277 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 20 2023 21:36:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519753765 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 20 2023 21:54:06 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519752960 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 20 2023 21:54:06 | US Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519800867 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 20 2023 21:54:05 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023              Signature:      /s/Gustava Winters

District/off: 0312-3 User: admin Page 3 of 3
Date Rcvd: Jul 20, 2023 Form ID: 185 Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6