|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Office of Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Hamilton, NJ 08619<br>(609) 581-9353 | Order Filed on September 6, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>THADDUS ADAMS | Case Number: __22-18731__<br><br>Hearing Date: _____<br><br>Judge: _Gravelle_<br><br>Chapter: 13 |

Recommended Local Form: ☐ Followed      X ☐ Modified

## CONSENT ORDER VACATING LOAN MODIFICATION ORDER

The relief set forth on the following page is hereby ORDERED

**DATED: September 6, 2023**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:  Thaddus Adams
Case No.:  22-18731 CMG
Caption:  Consent Order Vacating Loan Modification Order

At Trenton in the said District

Upon consideration of debtor's loan modification Order entered on May 31, 2023 (bearing docket number 41), and good and sufficient cause appearing therefrom for the entry of this Order,

IT IS hereby ORDERED as follows:

1) The loan modification Order entered on May 31, 2023 (bearing docket number 41) is hereby vacated.

2) The pre-petition arrears in the amount of $9,062.10 (per Claim # 10) are to be paid through the Chapter 13 Plan as initially proposed, and as Ordered by way of Confirmation Order (bearing docket number 34), and as proposed in the Modified Chapter 13 Plan (bearing docket number 43).

3) The post-petition arrears in the amount of $7,201.92 (per the Consent Order bearing docket number 48) are to be paid through the Chapter 13 Plan as proposed in the Modified Chapter 13 Plan.

4) All other Orders and agreements, including but not limited to the Order Resolving Secured Creditor's Objection to Debtor's Chapter 13 Plan, shall remain undisturbed.

5) Debtor and Midfirst Bank, by and through their counsel, consent to the entry of the within Order.

6) This Order shall be incorporated in and become part of any Order confirming the Chapter 13 Plan in the Debtor's Chapter 13 Bankruptcy.

/s/ John Zimnis  
John Zimnis, Esq  
Attorney for the Debtor

/s/ Denise Carlon  
Densie Carlon, Esq  
Attorney for Secured Creditor