UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

Order Filed on September 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THADDUS ADAMS

Case Number:   22-18731

Hearing Date:

Judge:   Gravelle

Chapter:   13

Recommended Local Form: ☐ Followed       X ☐ Modified

## CONSENT ORDER VACATING LOAN MODIFICATION ORDER

The relief set forth on the following page is hereby ORDERED

**DATED: September 6, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor:  Thaddus Adams
Case No.:  22-18731 CMG
Caption:  Consent Order Vacating Loan Modification Order

At Trenton in the said District

Upon consideration of debtor's loan modification Order entered on May 31, 2023 (bearing docket number 41), and good and sufficient cause appearing therefrom for the entry of this Order,

 IT IS hereby ORDERED as follows:

1) The loan modification Order entered on May 31, 2023 (bearing docket number 41) is hereby vacated.

2) The pre-petition arrears in the amount of $9,062.10 (per Claim # 10) are to be paid through the Chapter 13 Plan as initially proposed, and as Ordered by way of Confirmation Order (bearing docket number 34), and as proposed in the Modified Chapter 13 Plan (bearing docket number 43).

3) The post-petition arrears in the amount of $7,201.92 (per the Consent Order bearing docket number 48) are to be paid through the Chapter 13 Plan as proposed in the Modified Chapter 13 Plan.

4) All other Orders and agreements, including but not limited to the Order Resolving Secured Creditor's Objection to Debtor's Chapter 13 Plan, shall remain undisturbed.

5) Debtor and Midfirst Bank, by and through their counsel, consent to the entry of the within Order.

6) This Order shall be incorporated in and become part of any Order confirming the Chapter 13 Plan in the Debtor's Chapter 13 Bankruptcy.


/s/ John Zimnis_____              _/s/ Denise Carlon_____
John Zimnis, Esq                          Densie Carlon, Esq
Attorney for the Debtor                   Attorney for Secured Creditor

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-18731-CMG |
| Thaddus L Adams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                               User: admin                                          Page 2 of 2
Date Rcvd: Sep 06, 2023                     Form ID: pdf903                                    Total Noticed: 1

TOTAL: 6