Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18731−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 22, 2023.

Dated: September 22, 2023
JAN: rms

                                                           Jeanne Naughton
                                                           Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                               Case No. 22-18731-CMG

Thaddus L Adams                                                                                                               Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                            User: admin                                                       Page 1 of 3

Date Rcvd: Sep 22, 2023                                   Form ID: plncf13                                     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |
| 519752956 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 519752957 | + | Summit Collection Services, PO Box 306, Re: Cure Auto Insurance (NC10217236), Ho Ho Kus, NJ 07423-0306 |
| 519752958 | + | Trade Money LLC, 29 Palisades Road, Attn: tax lien for water/sewer bill, Old Bridge, NJ 08857-3585 |
| 519752959 | | Trenton Water Works, PO Box 528, Re: 618-0577-301, Trenton, NJ 08603 |
| 519843592 | + | Trenton Water Works/City of Trenton, Accounts & Co, Trenton Water Works/City of Trenton, 319 East State St., Room 113, Trenton, NJ 08608-1809 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 22 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 22 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519752943 | + | Email/Text: bankruptcy@axcess-financial.com | Sep 22 2023 20:41:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD, STE 400, Cincinnati, OH 45236-4197 |
| 519752942 | + | Email/Text: bankruptcy@rentacenter.com | Sep 22 2023 20:43:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-6191 |
| 519818713 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 22 2023 20:39:16 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 519752946 | ^ | MEBN | Sep 22 2023 20:29:17 | CBE Group, PO Box 2217, Re: IRS, Waterloo, IA 50704-2217 |
| 519752945 | + | Email/Text: bankruptcynotices@cbecompanies.com | Sep 22 2023 20:43:00 | CBE Group, 1309 Technology Parkway, Re: IRS, Cedar Falls, IA 50613-6976 |
| 519775147 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 22 2023 20:41:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFILED MI 48034 |
| 519752944 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2023 20:51:41 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519769816 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2023 21:02:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519752947 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 22 2023 20:41:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 519752948 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 22 2023 20:40:44 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519752949 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 22 2023 20:40:30 | DEPT OF ED/AIDVANTAGE, PO BOX 9635, |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Wilkes Barre, PA 18773-9635 |
| 519752950 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 22 2023 20:51:15 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519752951 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2023 20:42:00 | IRS Insolvency Function, PO Box 724, Springfield, NJ 07081 |
| 519804814 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2023 20:50:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519752952 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 22 2023 20:41:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519805478 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 22 2023 20:41:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519809678 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 22 2023 20:50:54 | MidFirst Bank, 999 NW Grand BLVD, Oklahoma City, OK 73118-6051 |
| 519752953 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Sep 22 2023 20:50:54 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519752954 | | Email/Text: clientinformation@procollect.com | Sep 22 2023 20:41:00 | PROCOLLECT INC, 12170 NORTH ABRAMS, STE 100, Re: UNCOMMON CHARLOTTESVILLE APTS, Dallas, TX 75243 |
| 519752955 | + | Email/Text: bankruptcy@pseg.com | Sep 22 2023 20:41:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 68 723 336 18, Cranford, NJ 07016-0490 |
| 519806732 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 22 2023 20:43:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519753277 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2023 20:51:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519753765 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 22 2023 20:51:43 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519752960 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Sep 22 2023 20:51:43 | US Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519800867 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2023 20:51:23 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2023                        Signature:     /s/Gustava Winters

Case 22-18731-CMG    Doc 57    Filed 09/24/23    Entered 09/25/23 00:15:15    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 22, 2023 | Form ID: plncf13 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Brian C. Nicholas
on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com   bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com

John Zimnis
on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6