Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22–18731–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thaddus L Adams
    302 Ashmore Avenue
    Trenton, NJ 08611
Social Security No.:
    xxx–xx–0219
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/6/23 at 09:00 AM

to consider and act upon the following:

*62* – Creditor's Certification of Default (related document:29 Motion for Relief from Stay re: re: 302 Ashmore Avenue, Trenton NJ 08611–3680. Fee Amount $ 188. filed by Creditor MIDFIRST BANK, 37 Status Change Form filed by Creditor MIDFIRST BANK, 44 Application re: Entry of Consent Order filed by Creditor MIDFIRST BANK, 48 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/22/2023. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 11/22/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court