| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 <br><br> In re: <br> THADDUS ADAMS <br><br><br> Debtors | Order Filed on January 30, 2024 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br><br><br><br><br><br><br><br><br><br><br> Case No.: 22-18731 <br><br> Chapter 13 <br><br> Judge: Gravelle |

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: January 30, 2024**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:  22-18731 CMG
Caption:  Order Granting Additional Chapter 13 Fees

  The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

  ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

  ___x___   through the Chapter 13 Plan as an administrative priority from
    funds on hand
  _____   outside the Plan

  The debtor's monthly Plan is not modified, thus the debtor will continue to pay $523 per month for the remaining months to allow for payment of aforesaid fee.