| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 22-18731 / CMG**

Thaddus L Adams

Petition Filed Date: 11/02/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 04/05/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2023 | $375.00 | 28470119196 | 03/06/2023 | $380.00 | 1163 | 03/17/2023 | $379.00 | 22030140238 |
| 04/05/2023 | $385.00 | 28470163950 | 06/20/2023 | $750.00 | 28763548255 | 07/18/2023 | $380.00 | 28763529298 |
| 09/26/2023 | $539.00 | 1178 | 10/23/2023 | $241.38 | 14616312 | 11/06/2023 | $241.38 | 14624666 |
| 11/20/2023 | $241.38 | 14631555 | 12/04/2023 | $241.38 | 14639238 | 12/18/2023 | $241.38 | 14647338 |
| 01/03/2024 | $241.38 | 14656604 | 01/17/2024 | $241.38 | 14662137 | | | |

**Total Receipts for the Period: $4,877.66    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,877.66**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,130.00 | $3,130.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/302 ASHMORE AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | PSE&G | Unsecured Creditors | $7,760.27 | $0.00 | $7,760.27 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2013,2019 | Priority Creditors | $1,345.09 | $0.00 | $1,345.09 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2014,2016-2018 | Unsecured Creditors | $10,885.27 | $0.00 | $10,885.27 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $470.36 | $0.00 | $470.36 |
| 6 | CREDIT ACCEPTANCE CORPORATION<br>»» 2012 HONDA ODYSSEY | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 7 | CREDIT ACCEPTANCE CORPORATION<br>»» 2012 HONDA ODYSSEY | Unsecured Creditors<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $167.24 | $0.00 | $167.24 |
| 9 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $243.36 | $0.00 | $243.36 |
| 10 | Mariner Finance | Unsecured Creditors | $1,219.37 | $0.00 | $1,219.37 |
| 11 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $404.28 | $0.00 | $404.28 |
| 12 | MIDFIRST BANK<br>»» P/302 ASHMORE AV/1ST MTG/ORDER 9/6/23 | Mortgage Arrears | $9,062.10 | $0.00 | $9,062.10 |
| 13 | AIDVANTAGE ON BEHALF OF | Unsecured Creditors | $40,939.33 | $0.00 | $40,939.33 |

| | | | | | |
|---|---|---|---|---|---|
| 14 | TRENTON WATER WORKS/CITY OF TRENTON<br>»»  WATER & SEWER | Secured Creditors | $2,409.71 | $0.00 | $2,409.71 |
| 15 | Acceptance Now<br>»»  BED | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 16 | MIDFIRST BANK<br>»»  302 ASHMORE AVE/PP ARREARS 7/26/23 | Mortgage Arrears | $7,201.92 | $0.00 | $7,201.92 |
| 17 | MIDFIRST BANK<br>»»  302 ASHMORE AVE/ATTY FEES 7/26/23 | Mortgage Arrears | $500.00 | $192.51 | $307.49 |
| 0 | John Zimnis, Esq.<br>»»  ORDER 10/2/23 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 18 | MIDFIRST BANK<br>»»  302 ASHMORE AVE/ATTY FEES 1/16/24 | Mortgage Arrears | $200.00 | $0.00 | $200.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,877.66 | Plan Balance: | $23,230.34 ** |
| Paid to Claims: | $3,622.51 | Current Monthly Payment: | $523.00 |
| Paid to Trustee: | $369.75 | Arrearages: | $386.34 |
| Funds on Hand: | $885.40 | Total Plan Base: | $28,108.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.