Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−18731−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thaddus L Adams
    302 Ashmore Avenue
    Trenton, NJ 08611

Social Security No.:
    xxx−xx−0219

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/5/24 at 09:00 AM

to consider and act upon the following:

*74* − Creditor's Certification of Default (related document:68 Order Resolving Creditor's Certification of Default) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/22/2024. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 5/23/24

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court