UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Hamilton, NJ 08619
(609) 581-9353

In Re:

Thaddus Adams

| | |
|---|---|
| Case No.: | 22-18731 |
| Chapter: | 13 |
| Hearing Date: | 6/5/24 |
| Judge: | Gravelle |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: Certification of Default;  debtor withdrawing opposition

_____

Date: 6/3/24

/s/ John Zimnis
Signature

*rev.8/1/15*