| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | : <br> : <br> : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | : <br> : |
| Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 | : <br> : <br> : <br> : <br> : <br> : |
| In re: <br> THADDUS ADAMS | : <br> : <br> : <br> : |
| Debtors | : <br> : Case No.: 22-18731 <br> : <br> : Chapter 13 <br> : <br> : Judge: Gravelle |

**Order Filed on June 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: June 13, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:  22-18731 CMG
Caption:  Order Granting Additional Chapter 13 Fees

  The applicant having certified (pursuant to D.NJ LBR 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

  ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $100 for services rendered and expenses in the amount of $50 for a total of $150. The allowance shall be payable:

  ___x___ through the Chapter 13 Plan as an administrative priority from
     funds on hand
  _____ outside the Plan

  The debtor's monthly Plan is not modified, thus the debtor will continue to pay $523 per month for the remaining months to allow for payment of aforesaid fee.