Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−18731−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 7, 2024
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:      Case No. 22-18731-CMG
Thaddus L Adams      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Aug 07, 2024     Form ID: 148     Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thaddus L Adams, 302 Ashmore Avenue, Trenton, NJ 08611-3680 |
| 519752956 | + | Public Service Enterprise Group, Inc., c/o Corporate Creations Network, Inc., 181 New Road, #304, Parsippany, NJ 07054-5625 |
| 519752957 | + | Summit Collection Services, PO Box 306, Re: Cure Auto Insurance (NC10217236), Ho Ho Kus, NJ 07423-0306 |
| 519752958 | + | Trade Money LLC, 29 Palisades Road, Attn: tax lien for water/sewer bill, Old Bridge, NJ 08857-3585 |
| 519752959 | | Trenton Water Works, PO Box 528, Re: 618-0577-301, Trenton, NJ 08603 |
| 519843592 | + | Trenton Water Works/City of Trenton, Accounts & Co, Trenton Water Works/City of Trenton, 319 East State St., Room 113, Trenton, NJ 08608-1809 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519752943 | + | Email/Text: bankruptcy@axcess-financial.com | Aug 07 2024 20:35:00 | AXCSSFN/CNGO, 7755 MONTGOMERY RD, STE 400, Cincinnati, OH 45236-4197 |
| 519752942 | + | Email/Text: bankruptcy@rentacenter.com | Aug 07 2024 20:36:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 519818713 | + | EDI: MAXMSAIDV | Aug 08 2024 00:22:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville, Tx 75403-3001 |
| 519752946 | ^ | MEBN | Aug 07 2024 20:33:00 | CBE Group, PO Box 2217, Re: IRS, Waterloo, IA 50704-2217 |
| 519752945 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 07 2024 20:36:00 | CBE Group, 1309 Technology Parkway, Re: IRS, Cedar Falls, IA 50613-6976 |
| 519775147 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 07 2024 20:34:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFILED MI 48034 |
| 519752944 | + | EDI: CAPITALONE.COM | Aug 08 2024 00:22:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519769816 | + | EDI: AIS.COM | Aug 08 2024 00:22:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519752947 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 07 2024 20:34:00 | Credit Acceptance, PO Box 513, Southfield, MI 48037-0513 |
| 519752948 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 07 2024 20:37:08 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519752949 | + | EDI: MAXMSAIDV | Aug 08 2024 00:22:00 | DEPT OF ED/AIDVANTAGE, PO BOX 9635, |

| | | | | |
|---|---|---|---|---|
| | | | | Wilkes Barre, PA 18773-9635 |
| 519752950 | + | EDI: AMINFOFP.COM | Aug 08 2024 00:22:00 | First Premier Bank, PO Box 5147, Sioux Falls, SD 57117-5147 |
| 519752951 | | EDI: IRS.COM | Aug 08 2024 00:22:00 | IRS Insolvency Function, PO Box 724, Springfield, NJ 07081 |
| 519804814 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2024 20:38:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519752952 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 07 2024 20:35:00 | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519805478 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 07 2024 20:35:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519809678 | + | EDI: AISMIDFIRST | Aug 08 2024 00:22:00 | MidFirst Bank, 999 NW Grand BLVD, Oklahoma City, OK 73118-6051 |
| 519752953 | + | EDI: AISMIDFIRST | Aug 08 2024 00:22:00 | Midland Mortgage, PO Box 268888, Oklahoma City, OK 73126-8888 |
| 519752954 | | Email/Text: clientinformation@procollect.com | Aug 07 2024 20:34:00 | PROCOLLECT INC, 12170 NORTH ABRAMS, STE 100, Re: UNCOMMON CHARLOTTESVILLE APTS, Dallas, TX 75243 |
| 519752955 | + | Email/Text: bankruptcy@pseg.com | Aug 07 2024 20:34:00 | PSE&G, Credit & Collection Center, PO Box 490, Re: 68 723 336 18, Cranford, NJ 07016-0490 |
| 519806732 | + | EDI: JEFFERSONCAP.COM | Aug 08 2024 00:22:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519753277 | ^ | MEBN | Aug 07 2024 20:32:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519753765 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 07 2024 20:49:12 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519752960 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Aug 07 2024 20:49:12 | US Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 519800867 | + | EDI: AIS.COM | Aug 08 2024 00:22:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5